IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| REAL PROPERTY LOCATED AT 1044 ) | |
| CHERRY DRIVE, TOWNSHIP OF ) | |
| ELDERON, MARATHON COUNTY, ) | |
| WISCONSIN, WITH ALL ) | |
| APPURTENANCES AND ) | |
| IMPROVEMENTS THEREON; ) | Case No. 08-C-564 |
| ) | |
| and ) | |
| ) | |
| REAL PROPERTY LOCATED AT 794 ) | |
| CHERRY DRIVE, TOWNSHIP OF ) | |
| ELDERON, MARATHON COUNTY, ) | |
| WISCONSIN, WITH ALL ) | |
| APPURTENANCES AND ) | |
| IMPROVEMENTS THEREON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER DESIGNATING THE OFFICIAL INTERNET
GOVERNMENT FORFEITURE SITE FOR PUBLICATION OF NOTICE

WHEREAS, on the 26th day of September 2008, the United States of America filed a complaint for forfeiture <u>in rem</u> against the above-named defendant properties for reasons mentioned in said complaint; and

WHEREAS, this Court has reviewed the complaint for forfeiture <u>in rem</u>; and

WHEREAS, it appears that the conditions for a civil action <u>in rem</u> exist; and

WHEREAS, it appears that the official internet government forfeiture site www.forfeiture.gov are reasonably calculated to give notice of this action to potential claimants and other interested persons;

NOW, THEREFORE, IT IS HEREBY ORDERED:

That the official internet government forfeiture site www.forfeiture.gov is appropriate for publication of notice of this action, according to law.

SO ORDERED this 6th day of October 2008, in the Western District of Wisconsin.

BY THE COURT:

/s/

_____
STEPHEN L. CROCKER
United States Magistrate Judge