# FINANCIAL AFFIDAVIT

**IN UNITED STATES** ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

**IN THE CASE OF:** UNITED STATES OF AMERICA v.s. PROPERTY LOCATED AT 794 CHERRY DR. ELDERON, WI

*[Handwritten, circled:]* OKAY TO APPOINT JZC 1-26-09

**LOCATION NUMBER:** —

**PERSON REPRESENTED (Show your full name):** AUBREY D. FENSKE

☐ 1 Defendant—Adult
☐ 2 Defendant - Juvenile
☐ 3 Appellant
☐ 4 Probation Violator
☐ 5 Parole Violator
☐ 6 Habeas Petitioner
☐ 7 2255 Petitioner
☐ 8 Material Witness
☐ 9 Other

**DOCKET NUMBERS**
Magistrate: —
District Court: 08-C-564
Court of Appeals: —

**CHARGE/OFFENSE** (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
- Name and address of employer: Green Mill Restaurant, 1000 Imperial Ave., Rothschild, WI
- IF YES, how much do you earn per month? $ 1,200.00 gross
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? N/A ☐ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes  ☐ No
- RECEIVED: $ 17,000.00   SOURCES: Central Wisconsin Lawn Clean Up

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☒ No   IF YES, state total amount $ ___

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes  ☐ No
- VALUE: 800.00   DESCRIPTION: 1994 Ford Explorer

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: SEPARATED OR DIVORCED (X)
- Total No. of Dependents: 2
- List persons you actually support and your relationship to them:
  - Cainen Fenske – son
  - Jedd Fenske – son

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Paymt |
|---|---|---|
| child support | $ | $ 301.00 |
| electricity | $ | $ 130.00 |
| property taxes | $ | $ 145.00 |
| credit card payment | $ | $ 150.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 1-16-09

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED):** *Aubrey Fenske*