# Jay Kronenwetter

KRONENWETTER LAW FIRM, LLC

415A Division Street
Wausau, WI 54403
Telephone: (715) 298-0791
Mobile: (715) 212-8884
jay@kronenwetterlaw.com

March 10, 2009
U.S. District Court – Western District of Wisconsin
Honorable Federal Judge
120 N. Henry Street, Room 320
P.O. Box 432
Madison, WI 53703

RE:   UNITED STATES V. REAL PROPERTY, Case No. 08-C-564

Dear Federal Judge,

   Randal Fenske hereby requests an attorney be appointed to represent him in the above matter. He is currently incarcerated in Shawano Co. jail and has been in jail since September 2008. He asked me to submit this request as numerous attempts to contact the Federal Defender's Office have been unsuccessful.

   The enclosed financial disclosure form was prepared by me with information provided by Mr. Fenske. I have signed the document with authorization from Mr. Fenske and he intends that the document be accepted by the Court as his swearing under penalty of perjury that the information is correct to the best of his knowledge. I am not even certain that this is the correct form, as no form was included in the paperwork delivered to my client at the jail.

   Please let me know if there remain questions or concerns regarding the availability of a Federal Defender for Mr. Fenske.

Sincerely,

JAY KRONENWETTER

*REQUEST GRANTED. THE FEDERAL DEFENDER IS AUTHORIZED TO APPOINT COUNSEL.*
3-17-09

Cc: FDU

# FINANCIAL AFFIDAVIT

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | |
|---|---|---|---|---|---|
| IN THE CASE OF | UNITED STATES OF AMERICA V.S. 2 PARCELS OF REAL PROPERTY ON CHERRY DR. IN ELDERON, WI | | FOR AT | PETER OPPENEER CLERK US DIST COURT WD OF WI | LOCATION NUMBER |

PERSON REPRESENTED (Show your full name)
**RANDAL R. FENSKE**

- 1 ☐ Defendant—Adult
- 2 ☐ Defendant - Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other

DOCKET NUMBERS
Magistrate
District Court: **08-C-564**
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
Name and address of employer:
IF YES, how much do you earn per month? $
IF NO, give month and year of last employment. How much did you earn per month? $
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $11-12,000 SELF-EMPLOYED

**CASH** Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No IF YES, state total amount $

**PROPERTY** Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE / DESCRIPTION
1044 Cherry Dr., Elderon, WI
794 Cherry Dr., Elderon, WI

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents:
List persons you actually support and your relationship to them

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: CURRENTLY IN JAIL - UNKNOWN
Creditors / Total Debt / Monthly Paymt.

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **3/9/9**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Randal Fenske*
- Signed with authorization by JAY KRONENWETTER

cc: FDO