IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

  v.

REAL PROPERTY LOCATED AT 1044
CHERRY DRIVE, TOWNSHIP OF
ELDERON, MARATHON COUNTY,
WISCONSIN, WITH ALL
APPURTENANCES AND
IMPROVEMENTS THEREON and
REAL PROPERTY LOCATED AT 794
CHERRY DRIVE, TOWNSHIP OF
ELDERON, MARATHON COUNTY,
WISCONSIN, WITH ALL
APPURTENANCES AND
IMPROVEMENTS THEREON,

                Defendants.

ORDER

08-cv-564-bbc

---

      Attorney Gregory N. Dutch has filed a request for attorneys fees, including a breakdown of fees and costs associated with his representation of claimant Aubrey Fenske in this case, from February 9, 2009 to December 29, 2009.  From my review of the request, I am satisfied that the amount requested is fair and reasonable.  Therefore, it is ORDERED that judgment is entered in favor of Gregory N. Dutch against the United States in the amount of $4,901.18.

      Entered this 4th day of February, 2010.

                              BY THE COURT:

                              /s/

                              BARBARA B. CRABB
                              District Judge