IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REAL PROPERTY LOCATED AT
1044 CHERRY DRIVE, TOWNSHIP OF
ELDERON, MARATHON COUNTY,
WISCONSIN, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREON;

and

REAL PROPERTY LOCATED AT
794 CHERRY DRIVE, TOWNSHIP OF
ELDERON, MARATHON COUNTY,
WISCONSIN, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREON,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-564-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment of forfeiture is entered in favor of plaintiff United States of America against defendants Real Property Located at 1044 Cherry Drive, Township of Elderon, Marathon County, Wisconsin, with all appurtenances and improvements thereon and Real Property Located at 794 Cherry Drive, Township of Elderon, Marathon County, Wisconsin, with all appurtenances and improvements thereon.

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

FEB 1 1 2010
Date