IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

REAL PROPERTY LOCATED AT
1044 CHERRY DRIVE, TOWNSHIP OF
ELDERON, MARATHON COUNTY,
WISCONSIN, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREON,

and

REAL PROPERTY LOCATED AT
794 CHERRY DRIVE, TOWNSHIP OF
ELDERON, MARATHON COUNTY,
WISCONSIN, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREON,

                Defendants.

ORDER

08-cv-564-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    Attorney Patrick J. Stangl has filed a request for attorneys fees, including a breakdown of fees and costs associated with his representation of claimant Randal Fenske in this case, from May 27, 2009 to April 1, 2010. From my review of the request, I am satisfied that the

amount requested is fair and reasonable. Therefore, it is ORDERED that judgment is entered in favor of Patrick J. Stangl against the United States in the amount of $4,509.65.

Entered this 20th day of May, 2010.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
District Judge

2