IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REAL PROPERTY LOCATED AT
1044 CHERRY DRIVE, TOWNSHIP OF
ELDERON, MARATHON COUNTY,
WISCONSIN, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREON;

and

REAL PROPERTY LOCATED AT
794 CHERRY DRIVE, TOWNSHIP OF
ELDERON, MARATHON COUNTY,
WISCONSIN, WITH ALL APPURTENANCES
AND IMPROVEMENTS THEREON,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-564-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Patrick Stangl against the United States in the amount of $4,509.65.

_____
Peter Oppeneer, Clerk of Court

MAY 2 8 2010
_____
Date