# United States District Court
Western District of Wisconsin
Robert W. Kastenmeier Courthouse
120 N. Henry Street, Rm. 540
Post Office Box 591
Madison, Wisconsin 53701

| | |
|---|---|
| **Chambers of**<br>**Barbara B. Crabb**<br>District Judge | **Telephone**<br>608-264-5447 |

September 16, 2010

Attorney Patrick Stangl
6441 Enterprise Lane, #109
Madison, WI 53719

    Re: U.S. v. Real Property at 1044 Cherry Drive; Township of Elderson,
       Marathon County, Wisconsin; 08-c-564-bbc

Dear Mr. Stangl:

    I think you will have to submit your invoice to the court of appeals for approval.

                Very truly yours,

                /s/

                Barbara B. Crabb
                District Judge

BBC:skv